IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FIELDING KIMERY**
ADC #133741                                                                                              **PLAINTIFF**

VS.                                          **4:21-CV-00156-BRW**

**PATRICIA PAGE HARRIS,**
Sgt., Varner Supermax, ADC, *et al.*                                                    **DEFENDANTS**

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.   No objections have been filed, and the time to do so has passed.   After careful review, I approve and adopt the Recommended Disposition in all respects.

Accordingly, Plaintiff's Complaint (Doc. 2) is DISMISSED WITHOUT PREJUDICE because it fails to state a claim upon which relief may be granted.   Dismissal is a strike, and I certify an *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 2nd day of June, 2021.


                                                                    Billy Roy Wilson
                                                                    UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3) and (g).