IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**FIELDING KIMERY**
ADC #133741                                                                                          **PLAINTIFF**

VS.                                         4:21-CV-00156-BRW

**PATRICIA PAGE HARRIS,**
Sgt., Varner Supermax, ADC, *et al.*                                                 **DEFENDANTS**

## JUDGMENT

Based on the Order entered today, this case is dismissed without prejudice. I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 2nd day of June, 2021.

>                                          Billy Roy Wilson_____
>                                          UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).